IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thare Gonzalez-Medina,<br><br>      Petitioner,<br><br>v.<br><br>USA,<br><br>      Respondent. | No. CV15-2434 PHX DGC (DKD)<br><br>**ORDER** |

Petitioner, Thare Gonzalez-Medina, filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255 (Doc. 1), which was amended by Petitioner's amended motion to vacate sentence pursuant to 28 U.S.C. § 2255 (Doc. 6). United States Magistrate Judge David K. Duncan has issued a report and recommendation ("R&R") recommending that the amended motion be denied and dismissed with prejudice. Doc. 17. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the amended motion.

**IT IS ORDERED:**

1. The R&R (Doc. 17) is **accepted**.
2. The amended motion to vacate sentence (Doc. 6) is **denied and dismissed with prejudice.**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on

1        appeal are **denied**

2     4.     The Clerk is directed to **terminate** this action.

3     Dated this 24th day of October, 2016.

_____
David G. Campbell
United States District Judge